## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

In re:                                      )        Chapter 11 Case No. 98-2870 (KC)
                                            )
SUMMIT METALS, INC.                         )
                                            )
            Debtor,                         )
_____)

### DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL
### AND A STATEMENT OF THE ISSUES TO BE PRESENTED

In accordance with and pursuant to the Bankruptcy Rule 8006, Ambrose M. Richardson, III (the "Appellant"), a creditor of the Debtor, files this Designation of Items to be included on the record on appeal and a statement of the issues to be presented, and represents as follows:

**A.        Designation of Items to be Included on Appeal.**

1.        The Docket and record for the United States Bankruptcy Court for the District of Delaware chapter 11 case no. 98-2870;

2.        Voluntary Petition under Chapter 11 (D.I. 1);

3.        Complaint for Avoidance of Preferential Transfers (D.I. 82);

4.        Complaint to Recover Money or Property (D.I. 133);

5.        Motion for Relief from Stay (D.I. 301);

6.        Amended Application for Compensation (D.I. 587);

7.        Supplement to Amended Application (D.I. 591);

8.        Transcript of the hearings on March 16, 2006 and April 4, 2006. (D.I. 589, 599);

9.        The Court's Memorandum of Opinion and Order dated December 4, 2007. (D.I. 793 and 795); and

1

10.    Notice of Appeal (D.I. 809).

**B.**    **Statement of the Issues to be Presented.**

1.    Did the Bankruptcy Court err in denying compensation pursuant to 11 U.S.C. §503(b)(1)(A)?

2.    Did the Bankruptcy Court err in denying compensation pursuant to 11 U.S.C. §503(b)(3)(B)?

3.    Did the Bankruptcy Court err in denying compensation pursuant to 11 U.S.C. §503(b)(3)(C)?

4.    Did the Bankruptcy Court err in denying compensation pursuant to 11 U.S.C. §503(b)(3)(D)?

5.    Did the Bankruptcy Court err in denying compensation in part pursuant to 11 U.S.C. §503(b)(3)(F)?

6.    Did the Bankruptcy Court err in denying compensation pursuant to 11 U.S.C. §503(b)(3)(F)?

Respectfully submitted,

**AMBROSE M. RICHARDSON**
Ambrose M. Richardson, III
Creditor of Chariot Group/Summit
40 Wall Street
New York, NY 10005
(212) 530-4771; Fax: (212) 267-2030

December 26, 2007