IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SUMMIT METALS, INC. | : | Bankruptcy No. 98-2870(KJC) |
| | : | |
| Debtor. | : | |

**APPELLEE UNITED STATES TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FED. R. BANKR. P. 8006**

Kelly Beaudin Stapleton, the United States Trustee for this District, ("Appellee"), by and through her counsel, hereby files her Designation of Additional Items to be Included in the Record on Appeal Pursuant to Fed. R. Bankr. P. 8006 as follows:

1. Objection of the United States Trustee to Application of Ambrose Richardson for Compensation and Reimbursement Pursuant to Sections 507(a)(1) and 503(b) (Filed April 15, 2005, D.I. 427).

2. Transcript of Hearing held on March 16, 2006 before the Honorable Kevin J. Carey, along with any and all documents and exhibits entered into evidence at the hearing. (Filed March 27, 2006, D.I. 589).

3. Transcript of Trial held on April 4, 2006 before the Honorable Kevin J. Carey, along with any and all documents and exhibits entered into evidence at the hearing. (Filed April 18, 2006, D.I. 599).

**THIS SPACE LEFT INTENTIONALLY BLANK**

4. Post-Hearing Memorandum in Support of the United States Trustee's Objection to Application of Ambrose Richardson for Compensation and Reimbursement Pursuant to Sections 507(a)(1) and 503(b) (Filed June 5, 2006, D.I. 622).

        Respectfully submitted,

**KELLY BEAUDIN STAPLETON**
**UNITED STATES TRUSTEE**

By: /s/Richard L. Schepacarter
    Richard L. Schepacarter, Esquire
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Room 2207
    Wilmington, DE 19801
    Phone: (302) 573-6491

Dated: April 9, 2007    Fax: (302) 573-6497

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SUMMIT METALS, INC. | : | Bankruptcy No. 98-2870(KJC) |
| | : | |
| Debtor. | : | |

### CERTIFICATE OF SERVICE

I certify that, on January 3, 2008, the Appellee United States Trustee's Designation of Additional Items to Be Included in the Record on Appeal Pursuant to Fed. R. Bankr. P. 8006 was caused to be served via regular mail, first class, to the following persons:

Joan B. Wills, Esquire
Klehr Harrison et al.
919 Market Street, Suite 1000
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Wolf, Block et al.
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Kevin Mangan, Esquire
Womble Carlyle et al
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Adam Prussin, Esquire
Pomerantz Haudek et al
100 Park Avenue, 26th Floor
New York, NY 10017

Joseph J. Bodnar, Esquire
Law Offices of Joseph J. Bodnar
2101 North Harrison Street, Suite 1501
Wilmington, DE 19801

Ambrose M. Richardson, III
Creditor of Chariot Group/Summit
40 Wall Street
New York, NY 10005

Adam B. Landis, Esquire
Landis Rath & Cobb, LLP
919. Market St., Suite 600
Wilmington, DE 19801

/s/Richard L. Schepacarter
Richard L. Schepacarter, Esquire
Trial Attorney