IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**  4

IN RE: Summit Metals Inc.

| | | |
|---|---|---|
| Ambrose M. Richardson, III, | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   08-5 |
| v. | ) | |
| | ) | |
| Kelly Beaudin Stapleton, US Trustee, | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No.  98-2870 |
| | | AP 07-105 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 12/4/07 was docketed in the District Court on 1/4/08:

> Order Granting the Amended Application of Ambrose M.
> Richardson, Esquire for Compensation as Post-Petition
> Creditor and as Creditor Providing Substantial Benefit to
> the Estate.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                          Peter T. Dalleo
                                          Clerk of Court

Date: 1/4/08
To:    U.S. Bankruptcy Court
         Counsel