## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| SUMMIT METALS, INC., | : | |
| | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 98-2870 (KJC) |
| | : | **Re: Docket Nos. 795, 809 and 811** |

## CHAPTER 11 TRUSTEE'S COUNTER-DESIGNATION OF
## ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Francis A. Monaco, Jr., the Chapter 11 Trustee ("Chapter 11 Trustee") in the above-captioned case, by and through his undersigned counsel, pursuant to Federal Rule of Bankruptcy 8006, hereby files his counter-designation of items to be included in the record on appeal of the Order Granting the Amended Application of Ambrose M. Richarson, Esquire for Compensation as Post-Petition Creditor and as Creditor Providing Substantial Benefit to the Estate (the "Order").

## COUNTER-DESIGNATION OF ITEMS TO BE PRESENTED ON APPEAL

| Tab No. | DATE OF FILING | DOCKET NUMBER | DESCRIPTION |
|---|---|---|---|
| 1 | 2/15/2005 | 403 | Application of Ambrose M. Richardson for Compensation and Reimbursement to §§ 507(a)(1) and 503(b) |
| 2 | 4/14/2005 | 421 | Objection of the Chapter 11 Trustee of Summit Metals, Inc. to the Application of Ambrose M. Richardson, Esq. for Compensation as Post-Petition Creditor and as Chairman of the Official Committee of Unsecured Creditors |
| 3 | 3/7/2006 | 583 | Transcript of Hearing held on February 23, 2006, along with any and all documents and exhibits entered into evidence at the hearing |
| 4 | 3/7/2006 | 584 | Joinder of Official Committee of Unsecured Creditors to Objections to Application of Ambrose M. Richardson for Compensation and Reimbursement Pursuant to §§ 504(a) and 503(b) |

| 5 | 3/13/2006 | 584 | Amended Application of Ambrose M. Richardson, Esq. for Compensation and Reimbursement Pursuant to §§ 503(b)(1)(A)(i), 503(b)(3)(B), (C), (D) and (F) and 503(b)(4) |
| 6 | 3/27/2006 | 589 | Transcript of Hearing held on March 16, 2006, along with any and all documents and exhibits entered into evidence at the hearing |
| 7 | 4/3/2006 | 591 | Amended Application of Ambrose M. Richardson, Esq. for Compensation and Reimbursement Pursuant to §§ 503(b)(A)(i), 503(b)(3)(C), (D) and 503(b)(4) |
| 8 | 4/18/2006 | 599 | Transcript of Hearing held on April 18, 2006, along with any and all documents and exhibits entered into evidence at the hearing |
| 9 | 5/18/2006 | 610 | Post Hearing Brief in Support of Amended Application of Ambrose M. Richardson, Esq. for Compensation as Post-Petition Creditor and as Creditor Providing Substantial Benefit to the Estate Pursuant to §§ 503(b)(1)(A)(i), 503(b)(3)(C), (D) and (F) and 503(b)(4) |
| 10 | 6/5/2006 | 618 | Joint Post-Hearing Brief in Support of Objection for Francis A. Monaco, Chapter 11 Trustee for Summit Metals, Inc., and the Official Committee of Unsecured Creditors of Summit Metals, Inc. to the Supplemental, Amended and Original Applications of Ambrose M. Richardson, Esq. for Compensation and Reimbursement . |
| 11 | 12/4/2007 | 793 | Opinion Regarding the Amended Application of Jepsco Ltd. and Ambrose M. Richardson |

Dated: January 4, 2008

WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*

Kevin J. Mangan (Del Bar No. 3810)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel.: (302) 252-4363
Fax: (302) 661-7728

*Attorneys for the Chapter 11 Trustee*