IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| SUMMIT METALS, INC., ) | Case No. 1:08-cv-0005(SLR) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | MEDIATOR'S CERTIFICATE OF COMPLETION |
| AMBROSE M. RICHARDSON, III, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. TRUSTEE KELLY BEAUDIN STAPLETON, ) | |
| ) | |
| Appellee. ) | |
| ) | |

FILED
FEB 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned Mediator reports that the Mediation was completed on February 27, 2008 and resolved in the following manner *(complete applicable provisions)*:

    (a) The following individuals were present:

        (1) Parties (name and capacity) –

        Frank Monaco – Chapter 11 Trustee

        Ambrose Richardson – Appellant/Creditor of Chariot Group/Summit

        (2) Counsel (name and party representing) –

        · Richard Schepacarter, Esq. – United States Trustee's Office/Attorney for Appellee
        Kevin Mangan, Esq. – Attorney for Appelle

    (b) The following parties failed to appear and/or participate as ordered:

        None

    (c) The outcome of the mediation conference was:

        \_\_\_\_\_ The matter has been completely resolved and counsel (or parties) have

           been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

\_\_\_\_\_     The matter has been partially resolved and counsel (or parties) have been instructed to file appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

\_\_\_\_\_     The following issues remain for this court to resolve:

\_X\_\_     The matter has not been resolved and should proceed to trial.

\_X\_\_     OTHER: On this claim for administrative expense in the amount of approximately $875,000., the parties negotiated to within approximately $75,000 of settlement. I recommended further settlement discussions among the parties in order to resolve this somewhat complex matter.

Dated: __February 28, 2008__

_____
Signature of Mediator

Brian A. Sullivan
Name of Mediator
300 Delaware Avenue, 13th Floor
Mailing Address
Wilmington, DE 19801
City, State, Zip Code
(302) 652-1100
Phone No.

cc: Counsel of Record