IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SUMMIT METALS, INC.,<br><br>Debtor.<br>_____<br><br>AMBROSE M. RICHARDSON, III,<br><br>Appellant,<br><br>v.<br><br>U.S. TRUSTEE KELLY BEAUDIN<br>STAPLETON and CHAPTER 11<br>TRUSTEE FRANCIS A. MONACO, JR.,<br><br>Appellees. | ) Chapter 11<br>) Bk. No. 98-2870 (KJC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 08-005-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 4th day of March, 2008, having received notice from the mediator that mediation was not successful in this case (D.I. 7);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **April 4, 2008.**

2. Appellees' brief in opposition to the appeal is due on or before **May 2, 2008.**

3. Appellant's reply brief is due on or before **May 16, 2008.**

_____
United States District Judge