UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| SUMMIT METALS, INC. | : | Case No. 98-2870(KJC) |
| Debtor. | : | |
| AMBROSE M. RICHARDSON, III | : | |
| Appellant, | : | |
| | | Civ. Action 1:08-cv-00005 (SLR) |
| v. | : | |
| KELLY BEAUDIN STAPLETON, UNITED STATES TRUSTEE AND FRANCIS A. MONACO, JR., CHAPTER 11 TRUSTEE | : | |
| | : | |
| Appellees. | : | |

**APPELLEE, KELLY BEAUDIN STAPLETON, UNITED STATES TRUSTEE'S MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF**

Kelly Beaudin Stapleton, the United States Trustee for Region 3 and the District of Delaware, by and through her counsel, hereby moves pursuant to Federal Rule of Bankruptcy Procedure ("Fed. R. Bankr. P.") 8009 and 8011 for an extension of the time set forth in Fed. R. Bankr. P. 8009 to file her brief and appendix in this appeal. In support of her motion, the UST, by and through her undersigned counsel, states as follows:

1.  This Court has jurisdiction over this matter under 28 U.S.C. § 1334(b) and 28 U.S.C. § 1291. Venue is proper pursuant to 28 U.S.C. § 1408. The predicate for the relief requested herein is found in 11 U.S.C. § 105 and Federal Rules of Bankruptcy Procedure 8009 and 8011.

2.  Pursuant to 28 U.S.C. § 586, the UST is charged with the administrative oversight of cases commenced pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code"). This duty is part of the UST's overarching responsibility to enforce the bankruptcy laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that UST has "public interest standing" under 11 U.S.C. § 307, which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the UST as a "watchdog").

3. On February 15, 2005, Ambrose M. Richardson, III, Esquire filed his initial application (the "Application" or "Richardson Application") seeking the allowance of fees and expenses totaling $877,752.59 as an administrative expense under sections 507(a)(1) and 503(b) (D. E. 403). Richardson subsequently amended his Application (the "Amended Application" or "Richardson Amended Application") on March 13, 2006 (Docket No. 587). On April 3, 2006, Richardson supplemented his Amended Application (Docket No. 591).

4. On December 4, 2007, the Bankruptcy Court issued an Opinion Regarding the Richardson Amended Application (Docket No. 793) and an Order denying the Amended Richardson Application except for $2,533.62 (Docket No. 795).

5. Richardson filed a Notice of Appeal on December 13, 2007.

6. On March 4, 2008 this court entered an Order setting the briefing schedule. The Appellant's Brief was due by April 4, 2008, the Appellees' Briefs are due by May 2, 2008, and the Appellant's Reply Brief is due by May 16, 2008 (D. C. Docket No. 8).

7. The issue on appeal is whether the Bankruptcy Court committed factual error or legal error in denying compensation to Ambrose M. Richardson, III under 11 U.S.C. §§ 503(b)(1)(A); 503(b)(3)(C); 503(b)(3)(D); and fees and expenses under 11 U.S.C. § 503(b)(4).

8. In deciding whether to grant the relief sought in Richardson's Amended Application,

the Court was called upon to sift through a rich and plentiful factual record to appellee: (i) whether Richardson's expenses qualify for reimbursement under sections 503(b)(1)(A) and 503(b)(3)(C), (D) or (F); and (ii) whether Richardson's fees qualify for reimbursement under Section 503(b)(4).

9. Because of the size of the underlying record, the UST requires an additional period of time to synthesize the facts of the record below and additional time to submit her brief and appendix.

10. The undersigned counsel for the UST contacted Kevin J. Mangan, Esquire of Womble Carlyle Sandridge & Rice PLLC, counsel to appellee Francis A. Monaco, the Chapter 11 trustee who consented to the extensions of time. The undersigned counsel for the UST also contacted appellant Ambrose M. Richardson, III, Esquire who has yet to consent to the requested extensions of time and has taken same under consideration.

11. The UST respectfully requests an additional 28 day extension or until May 30, 2008, to file her brief and appendix in this appeal. Likewise, in order to keep the briefing schedule orderly, we would also respectfully request that appellee Francis A. Monaco's brief and appendix be due no later than May 30, 2008, and that Appellant Ambrose M. Richardson, III, Esquire, be permitted to file his reply brief on or before June 13, 2008.

**THIS SPACE LEFT INTENTIONALLY BLANK**

      For the reasons set forth above, among others, the United States Trustee respectfully requests the entry of an order extending the deadline for submission of her brief and appendix (and the brief and appendix of appellee Francis A. Monaco) until May 30, 2008, along with a corresponding extension of the deadline for the Appellant Ambrose M. Richardson, III, Esquire, to file his reply brief on or before June 13, 2008.

                                  Respectfully submitted,

                                  **KELLY BEAUDIN STAPLETON**
                                  **UNITED STATES TRUSTEE**

                                By: /s/Richard L. Schepacarter
                                    Andrew R. Vara, Esquire
                                    Assistant United States Trustee
                                    Richard L. Schepacarter, Esquire
                                    Trial Attorney
                                    United States Department of Justice
                                    Office of the United States Trustee
                                    844 King Street, Room 2207, Lockbox 35
                                    Wilmington, DE  19801
Dated:  April 28, 2008                  (302) 573-6491

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| SUMMIT METALS, INC. | : | Case No. 98-2870(KJC) |
| Debtor. | : | |
| AMBROSE M. RICHARDSON, III | : | |
| Appellant, | : | |
| v. | : | Civ. Action 1:08-cv-00005 (SLR) |
| KELLY BEAUDIN STAPLETON, UNITED STATES TRUSTEE AND FRANCIS A. MONACO, JR., CHAPTER 11 TRUSTEE | : | |
| Appellees. | : | |

**ORDER GRANTING THE MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF AND EXTENDING THE RELEVANT BRIEFING DEADLINES**

Upon consideration of the Motion of the United States Trustee for an Extension of Time to File Reply Brief (the "Motion"), and any and all responses to the Motion, and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter and good cause existing under Fed. R. Bankr. P. 8011, and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. The United States Trustees' Motion is hereby **GRANTED**;

2. The United States Trustee and Francis A. Monaco, Chapter 11 trustee, shall file and serve their respective briefs and appendices on or before May 30, 2008;

3. The Appellant, Ambrose M. Richardson, III, Esquire, shall file and serve any reply

brief on or before June 13, 2008

**IT IS SO ORDERED.**

**BY THE COURT**:

**Date: _____, 2008**

_____
**Honorable Sue L. Robinson**
**Judge, U.S. District Court**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| SUMMIT METALS, INC. | : | Case No. 98-2870(KJC) |
| Debtor. | : | |
| AMBROSE M. RICHARDSON, III | : | |
| Appellant, | : | |
| v. | : | Civ. Action 1:08-cv-00005 (SLR) |
| KELLY BEAUDIN STAPLETON, UNITED STATES TRUSTEE AND FRANCIS A. MONACO, JR., CHAPTER 11 TRUSTEE | : | |
| Appellees. | : | |

**CERTIFICATE OF SERVICE**

     I certify that on April 28, 2008, I caused to be served a copy of Appellee, Kelly Beaudin Stapleton, United States Trustee's Motion for an Extension of Time to File Reply Brief and proposed form of order via fax and/or regular mail to the persons listed below:

| | |
|---|---|
| Ambrose M. Richardson, III, Esquire | Kevin J. Mangan, Esquire |
| 40 Wall Street | Womble Carlyle Sandridge & Rice PLLC |
| 35th Floor | 222 Delaware Avenue, Suite 1501 |
| New York, NY 10005 | Wilmington, DE 19801 |
| Fax: 212-267-2030 | Fax: 302-661-7729 |

/s/Richard L. Schepacarter
Richard L. Schepacarter, Esquire
Trial Attorney