

U.S. Department of Justice

Office of the United States Trustee

District of Delaware

---

J. Caleb Boggs Federal Building                          (302) 573-6491
844 King Street, Suite 2207, Lockbox 35          fax (302) 573-6497
Wilmington, reasonable 19801

April 29, 2008

The Honorable Sue L. Robinson
United States District Judge
United States District Court
844 King Street, 6th Floor
Wilmington, DE 19801

Re:  In re Summit Metals, Inc. - Bankruptcy Case No. 98-2870 (KJC)
     Ambrose M. Richardson, III, Appellant v. Kelly Beaudin Stapleton,
     United States Trustee and Francis A. Monaco, Jr., Chapter 11 Trustee
     Civ. Action 1:08-cv-0005 (SLR)

Dear Judge Robinson:

     Please allow this letter to serve as a request for expedited consideration of the United States Trustee's Motion for an Extension of Time to File Reply Brief ("Motion") filed yesterday (Docket No. 12).

     The current deadline for the United States Trustee to file her appellee brief is this Friday, May 2, 2008, and although appellee Francis A. Monaco, consented to the extension of time, the appellant Ambrose M. Richardson, III, Esquire has opposed the Motion and the requested extension of time. Attached is a copy of Mr. Richardson's opposition which was not electronically filed and which may not have been received by the court.

     It is imperative that the Motion be considered in advance of May 2, 2008 and we respectfully request expedited consideration. In the spirit of compromise, the United States Trustee would agree to an extension of 14 days, or until May 16, 2008 to file her brief with the Appellant's reply brief to be filed by May 30, 2008. Thank you for your consideration.

                         Respectfully submitted,


                          /s/Richard L. Schepacarter
                         Richard L. Schepacarter, Esquire
                         Trial Attorney

cc:   Ambrose M. Richardson, Esquire (via fax)
      Kevin Mangan, Esquire (via fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SUMMIT METALS, INC.,<br><br>Debtor.<br><br>———————————————<br><br>AMBROSE M. RICHARDSON, III<br><br>Appellant,<br><br>v.<br><br>U.S. TRUSTEE KELLY BEAUDIN STAPLETON,<br><br>Appellee. | CHAPTER 11<br><br>CASE NO. 1:08-cv-0005 (SLR) |

APPELLANT'S OPPOSITION TO U.S. TRUSTEE'S MOTION
FOR EXTRA TIME TO FILE "REPLY" BRIEF

In opposition to the motion of the U.S. Trustee for extra time to file a "reply" brief, the Appellant, Ambrose M. Richardson, III, states as follows:

1. The reason given for the request for extra time is the need to review the record (U.S.Trustee Motion ¶9).

2. The underlying bankruptcy proceeding has been pending since 1998. The Appellant's administrative claim was submitted in February 2005. Appellant's notice of appeal was filed on December 13, 2007. Starting from any of those dates, the U.S. Trustee should have had sufficient time to become familiar with the record.

4. Meanwhile, the Appellant has been subjected to extensive discovery demands in 2005, and has been required to submit an extraordinary level and quantity of proof in 2006 that has not been required of other administrative claimants. Even the small amount granted by the Bankruptcy Court on December 4, 2007 ($2,533.62), has not been paid.

5. The parties objecting to the claim have already been given the luxury of an overlong brief, to which no reply was permitted. The additional time requested would give the U.S. Trustee eight (8) weeks to respond, a distinct tactical advantage, twice the amount given under the Court's scheduling order to the Appellant. For once, the playing field should be relatively level. Already, there are two well-funded appellees, which is wasteful and redundant, not to mention unfair.

6. The Appellant began the underlying case fourteen years ago. Attorneys who signed on after the hard work was done, and who fed off of Appellant's prior successes, have already been richly rewarded. Further delay is prejudicial and unnecessary.

April 28, 2008

Respectfully submitted,

A. M. Richardson
40 Wall Street, 35th Floor
New York, NY 10005
(212) 530-4771; Fax: (212) 267-2030

2