UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| SUMMIT METALS, INC. | : | Case No. 98-2870(KJC) |
| Debtor. | : | |
| AMBROSE M. RICHARDSON, III | : | |
| Appellant, | : | |
| | | Civ. Action 1:08-cv-00005 (SLR) |
| v. | : | |
| KELLY BEAUDIN STAPLETON, UNITED STATES TRUSTEE AND FRANCIS A. MONACO, JR., CHAPTER 11 TRUSTEE | : : | |
| Appellees. | : | |

**CERTIFICATION OF COUNSEL IN SUPPORT OF THE ENTRY OF THE
ORDER EXTENDING THE TIME TO FILE A REPLY BRIEF AND EXTENDING
THE RELEVANT BRIEFING DEADLINES**

The undersigned hereby certifies that:

1.      Kelly Beaudin Stapleton, the United States Trustee ("UST"), by and through her

counsel, filed a  Motion for an Extension of Time to File Reply Brief (the "Motion"), and Ambrose

M. Richardson, III filed a  response to the Motion, and;

2.      The parties to the above appeal have agreed to an extension of the relevant deadlines

as set forth in the Stipulation for an Order Extending the Time to File a Reply Brief and Extending

the Relevant Briefing Deadlines submitted herewith and further agree to the entry of an order

extending the relevant briefing deadlines.

3.      Therefore, the UST respectfully requests that the proposed Order Extending

the Time to File a Reply Brief and Extending the Relevant Briefing Deadlines, a true and correct

copy of which is annexed hereto and submitted herewith, be signed and entered at the Court's earliest

convenience.

    4.    Counsel for the UST is available upon request, should the Court have any questions

or concerns with respect to the foregoing.

                                        Respectfully Submitted,

                                        **KELLY BEAUDIN STAPLETON**
                                        **UNITED STATES TRUSTEE**


                            By:    /s/Richard L. Schepacarter
                                   Richard L. Schepacarter, Esquire
                                   Trial Attorney
                                   United States Department of Justice
                                   Office of the United Sates Trustee
                                   J. Caleb Boggs Federal Building
                                   844 King Street, Room 2207, Lockbox 35
                                   Wilmington, DE  19801
                                   (302) 573-6491
                                   (302) 573-6497 (Fax)

Dated: April 29, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| SUMMIT METALS, INC. | : | Case No. 98-2870(KJC) |
| Debtor. | : | |
| AMBROSE M. RICHARDSON, III | : | |
| Appellant, | : | |
| | | Civ. Action 1:08-cv-00005 (SLR) |
| v. | : | |
| KELLY BEAUDIN STAPLETON, UNITED STATES TRUSTEE AND FRANCIS A. MONACO, JR., CHAPTER 11 TRUSTEE | : : | |
| Appellees. | : | |

**ORDER EXTENDING THE TIME TO FILE A REPLY BRIEF
AND EXTENDING THE RELEVANT BRIEFING DEADLINES**

Upon consideration of the Motion of the United States Trustee for an Extension of Time to

File Reply Brief (the "Motion"), and Ambrose M. Richardson, III having filed a response to the

Motion, and the parties agreeing to an extension of the deadlines as set forth in the Stipulation for

an Order Extending the Time to File a Reply Brief and Extending the Relevant Briefing Deadlines,

and it appearing that the Court has jurisdiction over this matter and good cause existing under Fed.

R. Bankr. P. 8011, and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1.    The United States Trustee and Francis A. Monaco, Chapter 11 trustee, shall file and

serve their respective briefs and appendices on or before May 16, 2008;

2.    The Appellant, Ambrose M. Richardson, III, Esquire, shall file and serve any reply

brief on or before May 30, 2008.

**IT IS SO ORDERED.**

**BY THE COURT**:

**Date:** _____, **2008**

_____

**Honorable Sue L. Robinson**
**Judge, U.S. District Court**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| SUMMIT METALS, INC. | : | Case No. 98-2870(KJC) |
| Debtor. | : | |
| AMBROSE M. RICHARDSON, III | : | |
| Appellant, | : | |
| v. | : | Civ. Action 1:08-cv-00005 (SLR) |
| KELLY BEAUDIN STAPLETON, UNITED STATES TRUSTEE AND FRANCIS A. MONACO, JR., CHAPTER 11 TRUSTEE | : : | |
| Appellees. | : | |

**STIPULATION FOR AN ORDER EXTENDING THE TIME TO FILE A
REPLY BRIEF AND EXTENDING THE RELEVANT BRIEFING DEADLINES**

Upon the filing of the Motion of the United States Trustee for an Extension of Time to File

Reply Brief (the "Motion"), and a response to the Motion having been filed by Ambrose M.

Richardson, III, and it appearing that the Court has jurisdiction over this matter and good cause

existing under Fed. R. Bankr. P. 8011, and the parties agreeing to the extension of the relevant

deadlines as set forth herein, the parties hereby agree to a modified briefing schedule and the entry

of an order extending the relevant briefing deadlines as follows:

1. The United States Trustee and Francis A. Monaco, Chapter 11 trustee, shall file and

    serve their respective briefs and appendices on or before May 16, 2008;

2. The Appellant, Ambrose M. Richardson, III, Esquire, shall file and serve any reply

    brief on or before May 30, 2008.

3.      This Stipulation may be signed by the parties hereto in counterparts, which when

taken together, shall constitute one and the same document.

We hereby agree and stipulate to the foregoing.


**KELLY BEAUDIN STAPLETON**          **A. M. RICHARDSON, P.C.**
**UNITED STATES TRUSTEE, Appellee**    **Attorneys for Appellant**


By:/s/Richard L. Schepacarter          By:/s/Ambrose M. Richardson, III
  Richard L. Schepacarter            Ambrose M. Richardson, III, Esq.
  Trial Attorney                  40 Wall Street, 35th Floor
  Office of the United States Trustee     New York, NY 10005
  J. Caleb Boggs Federal Building      Phone: (202) 530-4771
  844 King Street, Room 2207        Fax: (202) 267-2030
  Wilmington, DE 19801
  Phone: (302) 573-6491
  Fax: (302) 573-6497


**WOMBLE CARLYLE SANDRIDGE & RICE PLLC**
**Attorneys for Francis A. Monaco, Appellee**


By: /s/Kevin J. Mangan
  Kevin J. Mangan, Esquire
  Womble Carlyle Sandridge & Rice PLLC
  222 Delaware Avenue, Suite 1501
  Wilmington, DE 19801
  Phone: (302) 252-4361
  Fax: (302) 661-7729

Dated: April 29, 2008