**A. M. RICHARDSON, P.C.**

Attorneys at Law

40 WALL STREET, 35TH FLOOR

NEW YORK, NY 10005

(212) 530-4771; Fax: (212) 267-2030

April 28, 2008

Via Federal Express

Clerk, U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re: Summit Metals – 1:08-cv-0005 (SLR)

Ladies and Gentlemen:

    We have discovered that our brief in this matter, submitted on April 4, 2008, contained an unfortunate typographical error in the second sentence of the first paragraph on page 1. The year indicated therein should have been "2005," not "1995." The ten-year difference is material, and we apologize for the error.

    We have enclosed two copies of the page showing the correction, two copies of the corrected page, along with two copies of the entire brief, as corrected, and a CD-ROM, with the corrected brief in pdf format.

    Please advise us if any other corrective steps are required.

Respectfully,

Ambrose M. Richardson

AMR/as
Enc.
cc. U. S. Trustee, by facsimile
    Womble, Carlyle, by facsimile



*New Jersey Office: 45 Sam Drive, Tinton Falls, NJ 07724*
*(732) 380-0930*