UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| SUMMIT METALS, INC. | : | Case No. 98-2870(KJC) |
| Debtor. | : | |
| AMBROSE M. RICHARDSON, III | : | |
| Appellant, | : | |
| v. | : | Civ. Action 1:08-cv-00005 (SLR) |
| KELLY BEAUDIN STAPLETON, UNITED STATES TRUSTEE AND FRANCIS A. MONACO, JR., CHAPTER 11 TRUSTEE | : | |
| Appellees. | : | |

### ORDER GRANTING THE MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF AND EXTENDING THE RELEVANT BRIEFING DEADLINES

Upon consideration of the Motion of the United States Trustee for an Extension of Time to File Reply Brief (the "Motion"), and any and all responses to the Motion, and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter and good cause existing under Fed. R. Bankr. P. 8011, and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. The United States Trustees' Motion is hereby **GRANTED**;

2. The United States Trustee and Francis A. Monaco, Chapter 11 trustee, shall file and serve their respective briefs and appendices on or before May 16, 2008; /s/ SLR

3. The Appellant, Ambrose M. Richardson, III, Esquire, shall file and serve any reply

brief on or before ~~June~~ May 30, 13, 2008 /SLR/

IT IS SO ORDERED.

BY THE COURT:

Date: __4/30__, 2008        _____
                            Honorable Sue L. Robinson
                            Judge, U.S. District Court