UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| SUMMIT METALS, INC. | : | Bankr. Case No. 98-2870(KJC) |
| Debtor. | : | |
| AMBROSE M. RICHARDSON, III | : | |
| Appellant, | : | |
| v. | : | Civ. Action 1:08-cv-00005 (SLR) |
| KELLY BEAUDIN STAPLETON, UNITED STATES TRUSTEE AND FRANCIS A. MONACO, JR., CHAPTER 11 TRUSTEE | : : | |
| Appellees. | : | |

**NOTICE OF SUBSTITUTION OF APPELLEE**

PLEASE TAKE NOTICE that ROBERTA A. DEANGELIS, ACTING UNITED STATES TRUSTEE, should be substituted for Kelly Beaudin Stapleton, United States Trustee, as the Appellee in the above-captioned appeal, effective immediately.

The undersigned respectfully requests that the Clerk amend the docket to reflect the new caption for this case, which should appear as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| SUMMIT METALS, INC. | : | Bankr. Case No. 98-2870(KJC) |
| Debtor. | : | |
| AMBROSE M. RICHARDSON, III | : | |
| Appellant, | : | |
| | | Civ. Action 1:08-cv-00005 (SLR) |
| v. | : | |
| ROBERTA A. DEANGELIS, ACTING UNITED STATES TRUSTEE AND FRANCIS A MONACO, JR., CHAPTER 11 TRUSTEE | : | |
| | : | |
| Appellees. | | |

Respectfully submitted,

**KELLY BEAUDIN STAPLETON**
**UNITED STATES TRUSTEE**


**BY:** /s/Richard L. Schepacarter
Richard L. Schepacarter, Esquire
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE  19801
(302) 573-6491
(302) 573-6497 (Fax)

Date: May 14, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| SUMMIT METALS, INC. | : | Case No. 98-2870(KJC) |
| Debtor. | : | |
| AMBROSE M. RICHARDSON, III | : | |
| Appellant, | : | |
| v. | : | Civ. Action 1:08-cv-00005 (SLR) |
| KELLY BEAUDIN STAPLETON, UNITED STATES TRUSTEE AND FRANCIS A. MONACO, JR., CHAPTER 11 TRUSTEE | : : | |
| Appellees. | : | |

**CERTIFICATE OF SERVICE**

I certify that on May 14, 2008, I caused to be served a copy of Appellee United States Trustee's Notice of Substitution via fax and/or regular mail to the persons listed below:

Ambrose M. Richardson, III, Esquire
40 Wall Street
35th Floor
New York, NY 10005
Fax: 212-267-2030

Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Fax: 302-661-7729


 /s/Richard L. Schepacarter
Richard L. Schepacarter, Esquire
Trial Attorney